Generated: May 30, 2023 4:19PM                                                                    Page 1/1

# U.S. District Court

## California Southern - San Diego

Receipt Date: May 30, 2023 4:19PM

THANE M CHARMAN
2270 BOUNDARY ST
SAN DIEGO, CA 92104

Rcpt. No: 145848                    Trans. Date: May 30, 2023 4:19PM                    Cashier ID: #JC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | DCAS323CV000995 | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CH | Check | #154 | 05/26/2023 | | $402.00 |
| | | | Total Due Prior to Payment: | | $402.00 |
| | | | Total Tendered: | | $402.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee
will be charged for a returned check.