# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman, individual

*Plaintiff*

V.

Core Digital Marketing LLC., D/B/A HighEnd Client, a Ohio LLC

*Defendant*

Civil Action No.  23cv0995-GPC-AHG

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*

CORE DIGITAL MARKETING LLC dba HIGHEND CLIENT c/o KATIE CLYBURN, Registered Agent
P.O. BOX 33
GREENFIELD, OH 45123

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thane Charman
2270 Boundary St.
San Diego, CA 92104
800-673-4384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:   5/31/23



John Morrill
*CLERK OF COURT*

S/                              M. Williams
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 23-CV-0995-GPC-AHG

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CORE DIGITAL MARKETING LLC dba HIGHEND CLIENT c/o KATIE CLYBURN</u> was received by me on *(date)* <u>Jun 29, 2023, 3:03 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____ ; or

☒ Other: <u>I placed the appropriate form(s) in a sealed envelope addressed to the parties involved with postage prepaid. I deposited the envelope in the United States Postal Service (USPS) from Los Angeles, CA. USPS TRACKING NUMBER: 9405 5091 0515 6029 7122 43</u> ; or

My fees are $ <u>0.00</u> for travel and $ <u>60.85</u> for services, for a total of $ <u>$60.85</u>.

I declare under penalty of perjury that this information is true.

Date: 06/29/2023

*Server's signature*

THOMAS LEWIS, II
LOS ANGELES COUNTY 2019126299

*Printed name and title*

MAKE 'EM PAY LLC P.O. BOX 2708, LOS ANGELES, CA 90078-2708

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jun 29, 2023, 5:01 pm PDT at CORE DIGITAL MARKETING LLC dba HIGHEND CLIENT: PO BOX 33, GREENFIELD, OH 45123-0033 received by CORE DIGITAL MARKETING LLC dba HIGHEND CLIENT c/o KATIE CLYBURN. Relationship: REGISTERED AGENT;
I placed the appropriate form(s) in a sealed envelope addressed to the parties involved with postage prepaid. I deposited the envelope in the United States Postal Service (USPS) from Los Angeles, CA.

USPS TRACKING NUMBER*: 9405 5091 0515 6029 7122 43
USPS RETURN RECEIPT TRACKING NUMBER*:

*If tracking is left blank then mailing was sent without tracking and/or return receipt.

**SERVED:** AO 441 Summons in a Civil Action, JS-44 Civil Cover Sheet, Complaint (Received Jun 29, 2023 at 3:03pm PDT)