# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman, individual

*Plaintiff*

V.

Core Digital Marketing LLC., D/B/A High End Client, a Ohio LLC; Kent Littlejohn, an Individual; Matthew Barcus, an Individual.

*Defendant*

Civil Action No. 23cv0995-GPC-AHG

**AMENDED SUMMONS IN A CIVIL ACTION TO AMENDED COMPLAINT**

To: *(Defendant's name and address)*

Matthew Barcus 5572 Schlade Ct, Liberty Township, OH 45044-9037.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thane Charman
2270 Boundary St.
San Diego, CA 92104
800-673-4384

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: 10/24/23



John Morrill
*CLERK OF COURT*

S/                    J. Olsen
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 23-CV-0995-GPC-AHG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MATTHEW BARCUS was received by me on *(date)* Oct 24, 2023, 5:23 pm.

[X] I personally served the summons on the individual at *(place)* 5572 SCHLADE COURT, LIBERTY TOWNSHIP, OH 45044 on *(date)* Wed, Oct 25 2023 ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the subpoena unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/27/2023

*Server's signature*: Shannon Day

SHANNON DAY
OH PROCESS SERVER

*Printed name and title*

MAKE 'EM PAY LLC P.O. BOX 2708 LOS ANGELES, CA 90078

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Oct 25, 2023, 6:20 pm EDT at HOME: 5572 SCHLADE COURT, LIBERTY TOWNSHIP, OH 45044 received by MATTHEW BARCUS. Age: 50; Ethnicity: Caucasian; Gender: Male; Weight: 175; Height: 5'10"; Hair: Brown; I knocked on the door and/or rang the doorbell and waited. The person answered the door and I asked for the Recipient. The Recipient or Person whom I made contact with accepted the papers.