Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>Plaintiff,<br><br>v.<br><br>Core Digital Marketing LLC., D/B/A HIGH END CLIENT., a OHIO LLC; KENT LITTLEJOHN., An Individual; MATTHEW BARCUS., An Individual;<br><br>Defendants, | Civil Case No.: 23-cv-0995-JLS-AHG<br><br>REQUEST FOR CLERKS ENTRY OF DEFAULT |

    Plaintiff, THANE CHARMAN, requests that the Clerk of Court enter Default against Defendants Core Digital Marketing LLC., D/B/A HIGH END CLIENT., a OHIO LLC; KENT LITTLEJOHN., An Individual; MATTHEW BARCUS., An Individual pursuant to Federal Rule of Civil Procedure 55(a).

REQUEST FOR CLERKS ENTRY OF DEFAULT

In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

Dated: January 29, 2024            Respectfully submitted,

By: /s/ Thane charman
THANE CHARMAN
*Plaintiff, Pro Se*

REQUEST FOR CLERKS ENTRY OF DEFAULT

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THANE CHARMAN, individual | Civil Case No.: 23cv-0995-JLS-AHG |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF THANE CHARMAN IN SUPPORT OF REQUEST FOR CLERKS ENTRY OF DEFAULT |
| Core Digital Marketing LLC., D/B/A HIGH END CLIENT., a OHIO LLC; KENT LITTLEJOHN., An Individual; MATTHEW BARCUS., An Individual | |
| Defendants, | |

Plaintiff, THANE CHARMAN, requests that the Clerk of Court enter Default against Defendants Core Digital Marketing LLC., D/B/A HIGH END CLIENT., a OHIO LLC; KENT LITTLEJOHN., An Individual; MATTHEW BARCUS., An Individual pursuant to Federal Rule of Civil Procedure 55(a).

In support of this request Plaintiff relies upon the record in this case and the declaration submitted herein.

I, THANE CHAMRAN, declare the following in support of Plaintiff's Request for Clerk's entry of Default against Defendants Core Digital Marketing LLC., D/B/A HIGH END CLIENT., a OHIO LLC; KENT LITTLEJOHN., An Individual; MATTHEW BARCUS., An Individual:

1. I am the Plaintiff, Pro Se, in the above-entitled action. I am familiar with the file, records, and pleadings in this matter.

2. An amended complaint was filed on October 17, 2023

3. Summons were issued on October 24, 2023.

4. Defendant Core Digital Marketing, was served with a copy of the summons and complaint on October 25, 2023, as reflected on the docket sheet by the proof of service on October 30, 2023

5. Defendant Kent Littlejohn, was served with a copy of the summons and complaint on October 25, 2023, as reflected on the docket sheet by the proof of service on October 30, 2023.

6. Defendant Matthew Barcus, was served with a copy of the summons

and complaint on October 25, 2023, as reflected on the docket sheet by the proof of service on October 30, 2023

7. An answer to the complaint was due by Defendants on January 15, 2024.

8. Defendant's have failed to appear, plead, or otherwise defend within the time allowed and therefore, are now in default.

9. Plaintiff requests that the clerk of court enter Default against the Defendant.

Dated: January 29, 2024                    Respectfully submitted,


                                           By: /s/ Thane charman

                                           THANE CHARMAN

                                           *Plaintiff, Pro Se*

Thane Charman
2270 Boundary St
San Diego, CA 92104
Telephone: 800-673-4384
Email: OBEY.TCPA@GMAIL.COM

Plaintiff, Pro Se

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual<br><br>            Plaintiff,<br><br>v.<br><br> Core Digital Marketing LLC.,<br>D/B/A HIGH END CLIENT., a<br>OHIO LLC; KENT LITTLEJOHN.,<br>An Individual; MATTHEW<br>BARCUS., An Individual<br><br>            Defendants, | Civil Case No.:  23cv-0995-JLS-AHG<br><br>CERTIFICATE OF SERVICE |

   I hereby certify that on January 29, 2024. I caused a true copy of the foregoing plaintiff's request for entry of default judgment to be served via USPS mail to Defendants Matthew Barcus at 5572 Schlade Court, Liberty Township, OH 45044. Core Digital Marketing, LLC dba High End Client at 5572 Schlade Court, Liberty Township, Oh 45044. And Kent Littlejohn at 3430 Magnolia Grove Ln, Mason, Oh, 45040

CERTIFICATE OF SERVICE

Dated: January 29, 2024         respectfully submitted,

                        By:  /s/ Thane charman
                             THANE CHARMAN
                             *Plaintiff, Pro Se*

CERTIFICATE OF SERVICE