

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman

                         **Plaintiff,**

                  V.

Core Digital Marketing LLC a Ohio LLC doing business as High End Client; Kent Littlejohn; Matthew Barcus

                         **Defendant.**

Civil Action No.   23cv00995-JLS-AHG

**DEFAULT JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court ORDERS judgment in favor of Plaintiff and against Defendant Core Digital Marketing LLC in the amount of $115,000.00.

Date:   8/20/24

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**

By:  s/  A. Santiago

                      A. Santiago, Deputy