# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Thane Charman, individual

**Plaintiff,**

**V.**

Core Digital Marketing LLC, a Ohio LLC doing business as High End Client; Kent Littlejohn, an Individual; Matthew Barcus, an Individual

**Defendant.**

**Civil No.** 23-cv-00995-JLS-AHG

**AMENDED DEFAULT**

It appears from the record in the above entitled action that Summons issued on the Amended Complaint Filed on October 17, 2023 has been regularly served upon each of the Defendants hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that each of the Defendants has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure. Now, therefore, on request of counselfor Plaintiff, the DEFAULT of each of the following Defendants is hereby entered: Core DigitalMarketing LLC, a Ohio LLC doing business as High End Client; Kent Littlejohn, an individual; Matthew Barcus, an individual

Entered On: 11/9/2026

**JOHN MORRILL, Clerk of Court**

By: s/D. English

D. English, Deputy